UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 3:20-MJ-553(SLM) |
| EDWARD GALPIN | June 30, 2020 |

## DEFENDANT'S SUPPLEMENTAL EXHIBITS IN SUPPORT OF MOTION FOR RELEASE

The defendant in the above-captioned matter, Edward Galpin, respectfully files the attached redacted exhibits in support of his Motion For Release, Doc. No. 10, filed June 29, 2020. All exhibits are under cover of Exhibit A. They include the first page of the deed to the property offered as collateral on bond, a mortgage statement on said property, and the tax bill referred to in the underlying motion.

Respectfully Submitted,

/s/Daniel M. Erwin/s/
By Daniel M. Erwin (ct28947)
FEDERAL DEFENDER'S OFFICE
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106
Tel: (860) 493-6260
Fax: (860) 493-6269
Email: Daniel_Erwin@fd.org

### CERTIFICATION OF SERVICE

This is to certify that on June 30, 2020, a copy of the forgoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the forgoing.

/s/Daniel M. Erwin/s/
Daniel M. Erwin