# Exhibit A

# (Redacted Exhibits)

VL3382PG117

RETURN TO:
Attorney Descera Daigle
200 Connecticut Ave.
Norwalk, CT 06854

2/60

RECEIVED FOR RECORD
SUSAN M. PAWLUK

2010 MAY 18 PM 2:15

STRATFORD LAND RECORDS
ATTEST TOWN CLERK

TO ALL PEOPLE TO WHOM THESE PRESENTS SHALL COME. GREETING:

KNOW YE, That JERRY STEVEN LUM and LUCY LUM both of Stratford, CT, herein designated as the Grantors,

for the consideration of TWO HUNDRED TWENTY-EIGHT THOUSAND AND 00/100 ($228,000.00) Dollars received to the full satisfaction of the Grantors

from EDWARD J. GALPIN and NICOLE M. GALPIN whose mailing address is Stratford, CT 06615, herein designated as the Grantees,

do hereby give, grant, bargain, sell and convey to the Grantees and to the survivor of them and to such survivor's heirs and assigns forever:

All that certain piece or parcel of land with the buildings thereon standing, situated in the Town of Stratford, County of Fairfield and State of Connecticut, bounded and described as follows:

Being known and designated as Lot No. 2 on map of Louis H. Cocozza and Sons, Inc., dated February 1, 1928, made by Frank B. Jaynes, Surveyor, and recorded in the Office of the Town Clerk of Stratford and bounded and described as follows:

NORTH:   On Lot No. 17 on said map, fifty-three (53) and 30/100 feet;

SOUTH:   On South Avenue, fifty-four (54) and 93/100 feet;

EAST:    On Taft Street, one hundred and thirty-seven (137) and 53/100 feet;

WEST:    On Lot No. 1 on said map, one hundred and twenty-four (124) feet.

SUBJECT TO:

1. Building lines, if established, all laws, ordinances and governmental regulations, including building and zoning ordinances affecting said premises.

2. Any assessment, or pending assessments, for which a lien or liens have yet to be filed.

3. Any and all provisions of any municipal ordinance or regulation, and any Federal, State or local public laws, with special reference to the provisions of any zoning rules and regulations, any inland/wetland or coastal area management acts or historical district statutes, ordinances, rules and regulations governing the subject premises.

4. Taxes to the Town of Stratford, which, having been adjusted, the Grantees herein assume and agree to pay.

5. Sewer use charges to the Town of Stratford, which, having been adjusted, the Grantees herein assume and agree to pay.

6. Building line as shown on Map No. 390 on file in the Stratford Town Clerk's Office.



570.00
1,140.00

Conveyance Tax Received

Susan M. Pawluk
Town of Stratford



# Town of Stratford

Town of Stratford
PO BOX 9722

STRATFORD, CT 06615
203-385-4030

## Bill Information



| Taxpayer Information | |
|---|---|
| Bill # | 2018-1-1599600 (REAL ESTATE) |
| Unique ID | 1▓▓▓▓▓▓ |
| District/Flag | District: A0 |
| Name | GALPIN EDWARD J & |
| Care of/DBA | GALPIN NICOLE M |
| Address | |
| Detail Information | ▓▓▓▓▓▓▓▓ |
| Volume/Page | |

| | |
|---|---|
| Town Benefit | |
| Elderly Benefit | |
| Assessment | 155,400 |
| Exemption | 0 |
| Net | 155,400 |
| Mill Rate | Town 39.87 |

### Bill Information As of 06/29/2020

| Installment | Due Date | Town |
|---|---|---|
| Inst #1 | 07/01/2019 | 3,097.90 |
| Inst #2 | 01/01/2020 | 3,097.90 |
| Inst #3 | | |
| Inst #4 | | |
| Total Adjustments | | 0.00 |
| Total Installment + Adjustment | | 6,195.80 |
| Total Payments | | 6,195.80 |

| Total Due | |
|---|---|
| Tax/ Princ/ Bond Due | 0.00 |
| Interest Due | 0.00 |
| Lien Due | 0.00 |
| Fee Due | 0.00 |
| **Total Due Now** | 0.00 |
| **Balance Due** | 0.00 |

*** Note: This is not a tax form, please contact your financial advisor for information regarding tax reporting. ***

### Payment History

| Payment Date | Type | Tax/Principal/Bond | Interest | Lien | Fee | Total |
|---|---|---|---|---|---|---|
| 01/24/2020 | PAY | 3,097.90 | 0.00 | 0.00 | 0.00 | 3,097.90 |
| 07/24/2019 | PAY | 3,097.90 | 0.00 | 0.00 | 0.00 | 3,097.90 |

*** Total payments made to taxes in 2019    $3,097.90

